REXFORD C. KOSACK
LAW OFFICES OF REXFORD C. KOSACK
Second Floor, Bank of Hawaii Building
P.O. Box 500410
Saipan, MP   96950
Tel: (670) 322-8800
Fax: (670) 322-7800

Attorneys for Defendant
World Corporation
dba Saipan World Resort

F I L E D
Clerk
District Court

MAY 2 5 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| FRANK GIBSON, administrator for the Estate of and as the Personal Representative for VICENTE IGISOMAR TEBIT and ROES I THROUGH X,<br><br>        Plaintiff,<br><br>    vs.<br><br>HANWA HOTEL & RESORTS CO., LTD., SAIPAN WORLD RESORT, WORLD CORPORATION, and DOES I THROUGH V,<br><br>        Defendants. | CIVIL ACTION NO.  12-0033<br><br><br><br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Good cause having been shown, it is hereby ORDERED that this action is dismissed in its entirety, with prejudice, each party to bear such party's own costs and attorneys' fees, and the Court shall retain jurisdiction to enforce the terms of the confidential settlement agreement.

Date: May 25, 2016.

RAMONA V. MANGLONA
Chief Judge

Order for Dismissal